**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BNP Media II, LLC,
a Michigan Limited Liability Company,

Plaintiff,

vs.

Institute for International Research, Inc.,
a New York Corporation,

Defendant.

Civil Action No. ______________
FILED STAMP: JULY 24, 2008
08CV4218
JUDGE KENDALL
Judge: ~~MAG. JUDGE ASHMAN~~
J. N.
Magistrate Judge: ______________

**JURY TRIAL DEMANDED**

**VERIFIED COMPLAINT**

Plaintiff, BNP Media II, LLC ("BNP"), for its Verified Complaint against Defendant Institute for International Research, Inc. ("IIR"), alleges as follows:

1. This is an action for service mark infringement under the federal Trademark Act, 15 U.S.C. §§ 1051-1127, and for related claims arising under the Lanham Act, 15 U.S.C. § 1125 et seq., for federal unfair competition , and under Illinois law. This Court has jurisdiction based on 15 U.S.C. § 1121 (Lanham Act), 28 U.S.C. § 1338 (trademarks and unfair competition), 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1367 (supplemental jurisdiction).

2. Plaintiff, BNP, is a Limited Liability Company duly organized under the laws of the state of Michigan, whose principal place of business is 2401 W. Big Beaver Road, Suite 700, Troy, Michigan 48084.

3. BNP is a media company, in the business of delivering information through the publication of trade magazines, operation of websites and the planning and execution of industry

seminars or conferences and other events. The diverse industries BNP serves include manufacturing, security systems, architecture and construction, food and packaging, HVAC, industrial machinery and plumbing.

4. One of the trade publications owned by BNP is titled, "Brand Packaging." Its website is <www.brandpackaging.com>. "Brand Packaging" was launched by a predecessor entity to BNP, Independent Publishing Company, an Illinois corporation.

5. On April 20, 1998, Independent Publishing Company, as a Brand Packaging line extension, launched an industry conference it called PACKAGING THAT SELLS®. PACKAGING THAT SELLS® has, since its inception, been the service mark for the advertising, promotion, and offering of educational services in commerce, namely, by conducting informational seminars pertaining to packaging.

6. As a result of plaintiff's and its predecessors' provision and extensive promotion of educational services in the area of packaging design, technology and trends for over ten years, the associated service mark, PACKAGING THAT SELLS®, has enjoyed prominent recognition in that field and that service mark has become very familiar to the many attendees at the conferences, as well as a valuable and well-known symbol of the conference and its good will.

7. In recognition of the strength of the mark, on December 26, 2000, the United States Patent & Trademark office issued to the Independent Publishing Company U.S. Trademark Registration No. 2,415,479 for the mark PACKAGING THAT SELLS. BNP subsequently acquired the mark by assignment and BNP's rights under this registration are in full force and effect and have now become incontestable under 15 U.S.C. §§ 1115(b) and 1065. A copy of the registration is attached as **EXHIBIT A.** Because it is incontestable, BNP's registration constitutes "conclusive evidence of the validity of the registered mark… of the

registrant's ownership of the mark and of the registrant's exclusive right to use the mark in commerce." Id. at § 1115(b).

8. BNP, either directly or through a predecessor company, since 2002 has held its PACKAGING THAT SELLS seminar as an annual multiple-day event in Chicago. This year is no exception; BNP's PACKAGING THAT SELLS® event will be held October 2-3, 2008, at the Drake Hotel in Chicago.

9. IIR is, on information and belief, a corporation organized under the laws of the state of New York, with its principal place of business at 708 Third Avenue, New York, N.Y. 10017.

10. According to its web site, www.iirusa.com, IIR is in the business of organizing business-related conferences. For years, IIR has conducted an annual conference in New York on packaging and branding called, "FUSE." In 2007, IIR held a marketing research conference on packaging in Chicago two days before the BNP event, under the designation, PROOF. On information and belief, PROOF was not well attended.

11. Apparently not having met with the success it desired by encroaching on the BNP conference's location and timing, this year IIR went one step further. Specifically, notwithstanding BNP's well-known and prior common law and statutory rights in its service mark PACKAGING THAT SELLS®, IIR, with both actual and constructive notice of BNP's trademark rights, adopted the designation PACKAGING THAT CONNECTS for its multi-day conference on packaging and design to be held on September 22-24, 2008 in Chicago, which is immediately before plaintiff's PACKAGING THAT SELLS conference in Chicago on October 2-3. A copy of defendant's brochure for its conference is attached as **EXHIBIT B.**

12. BNP is informed and believes that IIR has adopted and is using the designation PACKAGING THAT CONNECTS with the intention that, or in grossly negligent disregard of the fact that, because of the parallel syntax and other similarities in the names, consumers would be confused into believing that defendant's seminar *is* the highly regarded PACKAGING THAT SELLS annual seminar or is sponsored by or in some way associated or affiliated with PACKAGING THAT SELLS.

13. John Gleason, President, Better Strategic Consulting, LLC, who, on information and belief is chairing IIR's PACKAGING THAT CONNECTS conference, advised both the publisher and editor-in-chief of BNP's publication, "Brand Packaging," that, when told about IIR's adoption of the designation PACKAGING THAT CONNECTS, he informed IIR that the name was so close to BNP's trademark that it would mislead the marketplace. The response from IIR's representatives left him with no doubt that such was IIR's intent in adopting its new designation.

14. A number of consumers have contacted plaintiff, expressing confusion and concern with respect to the closeness of defendant's designation PACKAGING THAT CONNECTS with plaintiff's established and registered service mark PACKAGING THAT SELLS, as source designators for the same set of services (informational seminar on consumer product packaging and trends and technologies) in the same location (Chicago) and at the same time frame (Sept.-Oct. 2008).

15. Defendant's acts of infringement of plaintiff's registered service mark have been committed in the Northern District of Illinois, Eastern Division, within the jurisdiction of this Court. Defendant has, on information and belief, advertised its seminar in Illinois as well as on its website, which is accessible by Illinois residents. Further, each of the parties' respective

seminars are to occur in Chicago. For all of these reasons, defendant has created the likelihood of confusion, deception and mistake. Defendant has thus engaged in the transaction of business and the commission of tortious acts in Illinois within Chapter 110 Illinois Rev. Stat. 917.

16. By reason of defendant's actions and its use of the designation PACKAGING THAT CONNECTS, defendant has proximately caused and will continue to cause plaintiff substantial injury, including injury to its reputation, loss of attendance at its conferences, and/or dilution of and diminution in value of its registered mark as a source-identifier. These actions will cause imminent irreparable harm and injury to plaintiff, the amount of which will be difficult to ascertain if they continue. Plaintiff is without any adequate remedy at law.

17. By letter dated June 27, 2008, plaintiff informed defendant of BNP's service mark rights and of the likelihood of confusion resulting from defendant's designation, PACKAGING THAT CONNECTS and of plaintiff's injury to date from such confusion. Defendant's attorney responded by letter dated July 11, 2008, and, although she invited contact by telephone to discuss the matter, has since failed and/or refused to respond to any of BNP counsel's repeated calls and IIR continues to use its infringing designation.

**COUNT I**

**Federal Trademark Infringement**

18. As its first ground for relief, plaintiff repeats and realleges paragraphs 1-17.

19. Defendant's use in commerce of the designation PACKAGING THAT CONNECTS in its marketing of a multi-day educational seminar on consumer packaging is in violation of 15 U.S.C. § 1114(1).

20. Plaintiff is informed and believes and on that basis alleges that defendant's actions as described above are deliberate and willful and constitute a knowing violation of

plaintiff's rights, making this an exceptional case. Plaintiff is, therefore, entitled to recover its attorneys' fees and costs incurred in this action under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

**COUNT II**

**Federal Unfair Competition**

21. As its second ground for relief, plaintiff repeats and realleges paragraphs 1-20.

22. Plaintiff's registered and now incontestable service mark, PACKAGING THAT SELLS, has become uniquely associated with plaintiff's educational seminars on packaging. Defendant's interstate use of the designation PACKAGING THAT CONNECTS for its educational seminars on packaging, in the same city as, and held immediately before, plaintiff's seminar, is use of a false or misleading designation of origin, or a false or misleading representation, wrongfully and falsely designating defendant's event as originating from or otherwise connected with plaintiff's seminar, or which is likely to cause confusion, mistake or to deceive as to the affiliation, connection or association of defendant's seminar, with plaintiff's seminar, a consequence of which is that such use is likely to divert and has, in fact, diverted customers away from plaintiff's seminar.

23. Defendant's said acts are in violation of 15 U.S.C. § 1125(a).

**COUNT III**

**Common Law Unfair Competition**

24. As its third ground for relief, plaintiff repeats and realleges paragraphs 1-23.

25. Defendant's acts, hereinabove pleaded, have caused a probability of confusion as to the source, sponsorship, approval, or certification of defendant's services and, thus, constitute unfair competition with plaintiff.

**COUNT IV**

**Illinois Anti-Dilution Violation**

26. As its fourth ground for relief, plaintiff repeats and realleges paragraphs 1-25.

27. Defendant's acts have caused, and there exists a likelihood of injury to plaintiff's business reputation and of dilution of the distinctive qualify of plaintiff's mark within Chapter 140, Ill. Rev. Stat. § 27.

**COUNT V**

**Violation of Uniform Deceptive Trade Practices Act**

28. As its fifth ground for relief, plaintiff repeats and realleges paragraphs 1-27.

29. By virtue of defendant's acts, defendant has violated Chapter 121½, Ill. Rev. Stat. § 312.

WHEREFORE, Plaintiff demands:

A. That defendant, its officers, agents, servants, employees and attorneys and all those persons in active concert or participation with it be forthwith preliminarily and thereafter permanently enjoined and restrained from:

1. Using the designation PACKAGING THAT CONNECTS or any other designation with a syntax parallel to PACKAGING THAT SELLS or that is otherwise confusingly similar to PACKAGING THAT SELLS, either alone or in combination with other words, as a trademark, trade name component or otherwise, to market, advertise or identify defendant's educational seminars relating to packaging;

2. Otherwise infringing plaintiff's mark;

3. Unfairly competing with plaintiff in any manner whatsoever; and

    4. Causing likelihood of confusion, injury to business reputation, or dilution of the distinctiveness of plaintiff's symbols, labels, or forms of advertisement.

B. That defendant be directed to file with this Court and serve plaintiff within ten days after the service of an injunction, a report in writing under oath, setting forth in detail the manner and form in which defendant has complied with the injunction.

C. That defendant be required to deliver up and destroy all literature, advertising and other material bearing the infringing designation.

D. That plaintiff be awarded its damages as well as defendant's trademark infringement profits after an accounting.

E. That plaintiff have and recover its reasonable attorneys' fees and costs in this suit.

F. That plaintiff have such other and further relief as the Court may deem just.

Dated: July 24, 2008

Respectfully submitted,

BNP Media II, LLC,

By: /s/ Allan J. Sternstein
Allan J. Sternstein

Allan J. Sternstein
Katharine N. Dunn
**DYKEMA GOSSETT PLLC**
Ten South Wacker Drive
Suite 2300
Chicago, Illinois 60606 7453
Telephone: 312 876 1700
Facsimile: 312 627 2302

*Of Counsel*
Barbara L. Mandell
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue

Suite 300
Bloomfield Hills, Michigan 48304
Telephone:  248-203-0570
Facsimile:  248-203-0763

**VERIFICATION**

State of Michigan )
County of Oakland )

I, David Lurie, Publishing Director of BNP Media II LLC, the plaintiff in this matter, after being duly sworn in accordance with the law, make oath that the matters and things alleged in the foregoing Verified Complaint are true and correct to the best of my knowledge, information and belief.

BNP Media II LLC

David Lurie
Publishing Director

Subscribed and sworn to before me this
22nd day of July, 2008

Notary Public
Macomb County, Michigan

My commission expires:

ERIN FAIRMAN
Notary Public, State of Michigan
County of Macomb
My Commission Expires Aug. 3, 2011
Acting in the County of Macomb

BH01\891231.1
ID\BLG

08CV4218
JUDGE KENDALL
MAG. JUDGE ASHMAN
J. N.

# EXHIBIT A



# CERTIFICATE OF REGISTRATION

## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

*Director of the United States Patent and Trademark Office*

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,415,479

United States Patent and Trademark Office

Registered Dec. 26, 2000

SERVICE MARK
PRINCIPAL REGISTER

# PACKAGING THAT SELLS

INDEPENDENT PUBLISHING COMPANY (ILLINOIS CORPORATION)
210 SOUTH 5TH STREET - #202
ST. CHARLES, IL 60174

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING INFORMATIONAL SEMINARS PERTAINING TO PACKAGING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-20-1998; IN COMMERCE 4-20-1998.

SER. NO. 75-786,059, FILED 8-26-1999.

PAM WILLIS, EXAMINING ATTORNEY

# EXHIBIT B

SEPTEMBER 22-24, 2008 ○ HYATT REGENCY ○ CHICAGO, IL

PROOF PRESENTS...

PACKAGING
THAT
CONNECTS
DESIGN ○ INSIGHT ○ TRENDS

...in a world of choice, get it right!

KEYNOTE SPEAKERS:

**ALINA WHEELER**
Alina Wheeler, Author, "Designing Brand Identity."

**ROB WALKER**
Author, "Buying In: The Secret Dialogue between What We Buy and Who We Are"

FEATURED SPEAKERS:

**MARC GOBE**
President, Emotional Branding, Author: "Emotional Branding," "Citizen Brand," and "Brandjam"

**ERIC BRODY**
Sustainability Manager, Nau, Inc.

**LEATRICE EISEMAN**
Executive Director Pantone Color Institute, Director of Eiseman Center for Color Information and Training

- Create with your customer in mind
- The next generation of hot new trends
- Connect the dots in your design through collaboration
- Insight into the do's and don'ts of the sustainable movement
- 92% of our presenters are NEW this year!

ALSO SPEAKING:

Kraft • P&G • Kimberly-Clark • Fritolay
Colgate-Palmolive • General Mills
Wrigley • Sports Illustrated • Taco-Bell
DuPont packaging • Bayer
FedEx and more...

To Register: Call Barry Downes at 646.895.7418 Fax: 212.661.8908 Email: bdownes@iirusa.com
Quote VIP Priority Code T130

PROOF PRESENTS...

# PACKAGING THAT CONNECTS

DESIGN ○ INSIGHT ○ TRENDS

## ...in a world of choice, get it right!

We're celebrating **PROOF's** 10th Anniversary with **BIG** change. Over the last decade, **PROOF** has evolved into a highly collaborative event attracting teams of professionals responsible for nearly every aspect of the package design process from customer insight to design to brand management.

**PROOF is now Packaging that Connects ...** designed to discuss and debate, provoke and inspire - the event gets to the heart of what **YOU** do and the authenticity of **WHAT MATTERS.**

Our conference will also highlight the latest trends and groundbreaking innovations in the design world this year. You'll hear from industry experts who will be sharing their best practices. Jay Luttrell will also be joining us as he unveils a multi-year study, never-before-seen, and a package design that will captivate your consumers, even at home. Explore the latest ideas and insights by industry leaders as they unleash multi-sensory technologies that could change the world of packaging.

Come together to understand and celebrate the packaging industry's truly innovative designs, trends, actionable insights and **sustainable solutions** presented by industry leaders and visionary thinkers... people you most want to hear from.

**THE BEST OF WHAT YOU LOVE...** We're kicking off the conference with a full day **PROOF** Symposium dedicated to Market Research, Pre-testing Techniques and Case Studies. Keynote speakers unveiling breakthrough technology that will help you learn how to better understand what ***YOUR*** consumers want so you can **DELIVER.**

Multiple perspectives – future forward thinking – best practices ... We've gathered the best of the best for three days of never before seen content delivered with the ultimate in enthusiasm. No commercials – just nuts and bolts of what you need to drive change and make things happen. Explore the latest ideas and insights by industry leaders as they unleash multi-sensory technologies that could change the world of packaging. Explore **Sustainability** and what you need to know to move forward in your company. Experience key topics and trends illustrated through recent real case studies by people who are leading the charge. Connect, and reconnect with your fellow industry peers at **THE** meeting place...

In a world of choice – get it right!

*Missing this breakthrough solutions-based event could render you at a strong competitive disadvantage in a world where it's essential to stay competitive...*

Regards,

**Kim Rivielle**
Managing Director
Marketing & Business Strategy Division, IIR

 To Register: Call Barry Downes at 646.895.7418 Fax: 212.661.8908 Email: bdownes@iirusa.com

# AGENDA AT • A • GLANCE

## MONDAY, SEPTEMBER 22, 2008: PROOF Package Testing Symposium - Methodologies, Technologies, and Trends

- 7:45 Registration and Morning Coffee
- 8:45 **Please check our website for updates on this session.** Jack Marquardt, Director, Core Brands, Fritolay
- 9:30 **Design Innovation at P&G** Claudia Kohlman, Associate Design Director, Feminine Care, The Procter and Gamble Company
- 10:15 Networking Break
- 10:45 **Collaboration to Drive Innovation** Yasmin Saddiqi, Global Market Collaboration Strategist, DuPont Packaging
- 11:30 **Have you pre-tested your packing on an emotional level?** Peter Hartzbech, CEO & Co-Founder, iMotions
- 12:15 Lunch
- 1:30 **Context is Crucial: Virtual Store Packaging Tests at General Mills** Rich Scamehorn, Consumer Insights Manager - Customer & Shopper Best Practices, General Mills, Inc.
- 2:15 **Consumer Insights 2.0: Connecting With the Real People Behind the Numbers** Dona Vitale, Author and Adjunct Instructor at the University of Chicago Graham School of General Studies
- 3:00 Networking Break
- 3:30 **The Importance of Ethnography Studies in Identifying and Evaluating Packaging Solutions** Danielle Bluegrind, Former Director of Consumer and Brand Insights, Taco Bell
- 4:15 **Panel Discussion: How Do You Use What Insight to Leverage Design** John Gleason, President, A Better View Strategic Consulting, LLC, More participants TBA
- 5:00 **END OF DAY**

[illegible]

Macro trends for breakthrough packaging innovation
Eric Zeitoun, President, Dragon Rouge USA

## Tuesday, September 23, 2008

- 8:30 Chairperson's Recap over coffee
- 9:00 **Featured Session: The Day Advertising Came Down** Marc Gobe, President, Emotional Branding, Author: "Emotional Branding," "Citizen Brand," and "Brandjam"
- 9:45 **Packaging Innovations that Build Equity** Erwin Hinteregger, Director Global Packaging Innovation, Wm Wrigley Jr. Company
- 10:30 Networking Break
- 11:00 **What "Murketing" Means: The Curious New Dialog Between Consumers & Brands** Rob Walker, Author, "Buying In: The Secret Dialogue Between What We Buy And Who We Are"
- 11:45 **Utilizing the Value of Fashion and Lifestyle in Products for Financial Success** Steven Fischer, Adjunct Lecturer: Fashion, Lifestyle & Design, Northwestern University: Kellogg School of Management & Segal Design Institute
- 12:15 Lunch

### TRACK ONE – Insight and Trends

- 2:00 **Inspiring your Customer to Open that Package and See What's Inside** Corrie Wilder, Art Director, Creative Services/Brand Marketing, Sports Illustrated
- 2:45 **Jumping Off the Shelf: How to Connect with Customer through the Package** Thomas Grinnan, Director, Business Development & Marketing, Packaging, Meadwestvaco
- 3:30 Networking Break
- 4:00 **The Power of Your Packaging – Between Store Visits** Jay Luttrell, President, Managing Partner, Jay Luttrell Associates
- 4:45 **Unboxed! Consumer Seduction Through Experiential Packaging** Stephan Paschalides, Founder/ Creative Director, NOWPLUSONE

### TRACK TWO – Design Innovation

- 2:00 **The "New & Improved" Design Process** Ronald de Vlam, President and Founding Partner, Webb Scarlett deVlam
- 2:45 **Design Thinking At Kimberly-Clark** George Nukuto, Senior Industrial Designer-Team Leader, Kimberly-Clark Corp
- 3:30 Networking Break
- 4:00 **Connecting with Consumers Using Olfaction Packaging for a Multi-Sensory Branding Experience** Steve Landau, CTO/CMO, ScentSational Technologies, LLC
- 4:45 **Get your Pack to Sparkle – even in a seemingly dull & regulated category** Maren Connary, Global Marketing Communications Manager, Bayer HealthCare - Diabetes Care

### TRACK THREE – Sustainable Solutions

- 2:00 **A Truly Holistic Approach to Packaging a Truly Innovative Product** Karen Welman, Founder, 37°
- 2:45 OPEN SESSION
- 3:30 Networking Break
- 4:00 **MAYA - Most Advanced Yet Acceptable Technologies for Sustainable Packaging** Claire Koelsch Sand, Ph.D., Adjunct Professor Michigan State University/ Consultant, Ameripak/PTIS
- 4:45 **Make your Packaging, Advertising and Promotions More Effective by Using Multi-Sensory Marketing** Jay Minkoff, President & CEO, First Flavor, Inc.

Hosted by Webb Scarlett deVlam

5:30 Featured Panel – In-House Design Panel Debbie Millman, President, Sterling Design, Carol Nardi Director of Strategy, Package Design and Brand Innovation, Kraft Foods

## Wednesday, September 24, 2008

- 8:45 Chairperson's Recap over coffee
- 9:00 **Chairman's Recap A View from the Balcony: Insights, Themes, and Opportunities in the Design Industry** John Gleason, President, A Better View Strategic Consulting, LLC
- 9:45 Featured Session: Colors that Connect: New Insights on Future Forecasts Leatrice Eiseman, Executive Director Pantone Color Institute, Director of Eiseman Center for Color Information and Training
- 10:30 Networking Break
- 11:00 **Keynote Session: "Designing Brand Identity"** Alina Wheeler, Author, "Designing Brand Identity"
- 11:45 **Featured Session: Sustainability in Packaging: Trends, Pressures and Opportunities** Eric Brody, Sustainability Manager, Nau, Inc.
- 12:30 Lunch

### TRACK ONE – Insight and Trends

- 2:00 **Connecting Emergent Technologies with Consumer's Needs** Peter Clarke, Founder & CEO, Product Ventures
- 2:45 **Ensure Your Package Survives the Selling Room Floor** James Sorensen, Executive Vice President, TNS Sorensen
- 3:30 **In the consumers' worlds using their words: How discussions in-context can inform package design** Heather D. Maxwell, PhD, Consumer Insights Associate, General Mills

### TRACK TWO – Design Innovation

- 2:00 **Marketing Secrets of FedEx Packaging Inside, Outside & at Its Core** Erika Raeth, Marketing Specialist Advisor, FedEx Global Brand Management
- 2:45 **Check our website for session updates** William Lunderman, Vice President, Global Strategic Brand Design, Colgate-Palmolive Company
- 3:30 **Package Technology Scouting: How to find the next greatest package form before your competition** Ed Foley, Packaging Technologist, Kimberly-Clark

### TRACK THREE – Sustainable Solutions

- 2:00 **Bring on the Green: The Power of Better AND Cheaper Packaging** Amy Brusselback, Design Director, Personal Beauty Care, Procter & Gamble
- 2:45 **Consumer Research & Sustainability at the Local Level** Matthew Kennedy, Founding Partner, The Sustain Brand
- 3:30 **Sustainable Practices Abroad: The Japanese Society of Packaging Science and Technology** Masanobu Ishikawa, Professor, Kobe University in Japan

4:15 **CONCLUSION OF CONFERENCE**

Monday, September 22, 2008

# PROOF MARKET RESEARCH SYMPOSIUM

7:45 - Registration & Morning Coffee

**8:45 - Please check our website for updates on this session.**
**Jack Marquardt, Director, Core Brands, Fritolay**

**9:30 - Design Innovation at P&G**
**Claudia Kohlman, Associate Design Director, Feminine Care, The Procter and Gamble Company**

Three billion times a day consumers globally are touched by a P&G product. As the world's largest consumer products company, P&G has been on a mission to use design to meet the needs of the world's consumers and provide them with "delightful" consumer experiences. Find out how P&G Design has been integrated into the product and packaging development process and is helping lead innovative thinking and problem solving processes.

**10:15 - NETWORKING BREAK**

**10:45 - Collaboration to Drive Innovation**
**Yasmin Siddiqi, Global Market Collaboration Strategist, DuPont Packaging**

How to quickly develop packages that meet emerging trends? The key is collaborating with the right partners across the value chain – resin suppliers, designers and manufacturers. You'll see how DuPont has developed relationships to quickly develop offerings that meet consumer needs, by incorporating consumer insights and design.

**11:30 - Have you pre-tested your packing on an emotional level?**
**Peter Hartzbech, CEO & Co-Founder, iMotions**

Emotional branding is the best way you can tap into new clients and maintain customer loyalty. Discover how Emotion Tool's® revolutionary software can help you maximize your brand communication by giving you a report of the emotional brand interpretation including a visual brand reading. See how one client went from flop to top! The complete case will be presented. iMotions will also be introducing the Emotional Docking Station at the PROOF Conference.

12:15 - Lunch

**1:30 - Context is Crucial: Virtual Store Packaging Tests at General Mills**
**Rich Scamehorn, Consumer Insights Manager - Customer & Shopper Best Practices, General Mills, Inc.**

In an ever more complex world the ability to test packaging in as realistic a context as possible becomes more and more important. With retailers becoming more reluctant to allow in-store tests, General Mills has begun testing packaging using a virtual store environment. The ability to understand how consumers interact with the entire environment in the store allows us to understand the impact new packaging has on customer behavior, whether they buy the product or not.

**2:15 - Consumer Insights 2.0: Connecting With the Real People Behind the Numbers**
**Dona Vitale, Author and Adjunct Instructor at the University of Chicago Graham School of General Studies**

Research-based knowledge of the end consumer is essential to packaging innovation, but sometimes numbers alone can alienate the most creative innovators and designers. New approaches to Consumer Insights take traditional research beyond the numbers and paint a vivid portrait of the living, breathing consumers who buy and use our products.

**3:00 - NETWORKING BREAK**

**3:30 - The Importance of Ethnography Studies in Identifying and Evaluating Packaging Solutions**
**Danielle Bluegrind, Former Director of Consumer and Brand Insights, Taco Bell**

Sometimes simple solutions can fix big problems. By finding out what your consumers really want can help your business implement changes that will help your entire process. This was the case when Taco Bell examined its drive-thru customers. Taco bell's new packaging initiative was actually inspired by a study that was not initially focused on package design. You'll hear the ins and outs of its ethnography studies that helped shape the new wave of convenient drive-thru packaging. Learn just how important your consumer's input can be.

**4:15 - Panel Discussion: How Do You Use What Insight to Leverage Design**
**John Gleason, President, A Better View Strategic Consulting, LLC. Please visit our website for an updated list of panel participants.**

Our all-star panel of respected brands/brand owners will provide their perspective on the value of research, and how they leverage research to build great brands. The panel will explore: the types of research being used, the value that's derived, the metrics used to quantify the value of research, and how it translates into inspiration, motivation, insight, validation, confirmation, calculations.

**5:00 - CONCLUSION OF DAY ONE**

***5:30 - Monday Night Networking Dinner:***

*Connect with old friends and meet new ones. Restaurants will be recommended by our conference team.*

**Workshop:** Macro Trends for Breakthrough Packaging Innovation
**Eric Zeitoun, President, Dragon Rouge USA**

The acceleration of brand life cycles has triggered a proliferation of micro trends, many of which can be irrelevant because they are hard to translate from industry to industry or from brand to brand and generally appear too late to be applied successfully.

Macro trends on the other hand, when properly customized to a specific brand or business context give designers and marketers a clear lead in brand and packaging innovation because they focus on deep societal shifts. So why look for the tree before the forest? Forget about micro and gear up for macro. Forget about fads and think big picture.

Join us for an interactive workshop where we will brainstorm on breakthrough packaging innovation ideas for a sample of brands using the 2008 Dragon Rouge macro trends (recently featured on the cover of Brand Packaging Magazine).

Participants can bring their packaging challenges with them and will learn on live examples:

- How to develop innovations that meet a specific strategic objective
- How to make trends actionable in an innovation process
- How to ideate breakthrough innovations
- How to plan between short term and long term innovation pipeline

# Tuesday, September 23, 2008

## PACKAGING THAT CONNECTS

**8:30 - Chairman's Recap over Coffee – Chairman, John Gleason**

[illegible]
**Marc Gobe, President, Emotional Branding, Author - "Emotional Branding," "Citizen Brand," and "Brandjam"**
In 2006 the mayor of Sao Paulo banned all forms of outdoor advertising. This audacious decision has inspired marketers and branding professionals to find new forms of communication in order to reach consumers. The most extraordinary creativity lives now in Sao Paulo: packaging, architecture, and advertising, reinventing what could be the model of brand communication in the future. Marc Gobe has spent two weeks in Sao Paulo where he has met some of the most influential creative people including the mayor himself. He will share with you some key highlights on how emotional branding has taken over Sao Paulo and how the impact of a clean image on the fight against visual pollution has brought the best in everyone.

9:45 - [illegible]
**Erwin Hinteregger, Director Global Packaging Innovation, Wm Wrigley Jr. Company**
Traditionally packaging in CPG has been seen as the delivery mechanism or container of what the consumer actually is looking for, the product, the real benefit. In that view packaging was seen as a commodity item and not really adding any value or significant benefit. Innovative companies are showing that the packaging alone can actually drive the business more than what is inside by adding emotion and delivering against new usage, storage and lifestyle opportunities. This presentation will focus how successful packaging design and innovation builds both the business and the brand(s).

PACKAGING CONNECTS

## TRACK ONE: INSIGHT AND TRENDS

**2:00 - Inspiring your Customer to Open that Package and See What's Inside**
**Corrie Wilder, Art Director, Creative Services/Brand Marketing, Sports Illustrated**
Packaging comes in all different forms…a box, a sleeve, an envelope, a book jacket, even a magazine cover. What makes our customers want to open that package and see what's inside? Know not only who your market is, but who you want it to be. Learn how to creatively explore, engage, and evolve your packaging. Customer feedback is also key. Find out ways to incorporate it into design…one person really can make a difference..

**2:45 - Jumping Off the Shelf: How to Connect with the Customer through the Package**
**Thomas Grinnan, Director, Business Development & Marketing, Packaging, Meadwestvaco**
Extensive research indicates that most consumer purchases of FMCG products are made at the retail shelf, what some experts call The Moment of Truth. Innovative packaging and interactive retail shelf systems can help to inform, educate and drive the consumer purchase decision. Case studies indicate the importance of linking packaging design with interactive consumer shelf systems.

3:30 - NETWORKING BREAK

**4:00 - The Power of Your Packaging – Between Store Visits**
**Jay Luttrell, President, Managing Partner, Jay Luttrell Associates**
The power of packaging to help your brand win on store shelves is well documented. Yet for many brands the potential for your packaging to drive more usage decisions at home remains an untapped source of growth. A multi-year study of consumer pantry shelves and the critical role pantry impact plays in last minute consumer usage choices demonstrates a powerful opportunity for your packaging to drive profitable growth by winning more consumer behaviors throughout your brand's purchase cycle.

**4:45 - Unboxed! Consumer Seduction Through Experiential Packaging**
**Stephan Paschalides, Founder/Creative Director, NOWPLUSONE**
Getting consumers to buy your product is the easy part. How do you seduce them into a long-term relationship with your brand? In a crowded marketplace with a cacophony of messages, only innovative brand experiences stand a fair chance of registering with consumers. Join us as we explore the latest global ideas and insights in consumer seduction through the lens of experiential packaging and design.

## TRACK TWO: DESIGN

**2:00 - The "New & Improved" Design Process**
**Ronald de Vlam, President and Founding Partner, Webb Scarlett deVlam**
The design process is getting forevermore compressed. The upfront and ongoing brand and consumer learning can take most of the time and dollar budget away from the preceding design process. In partnership with several of our clients we have pioneered an insight process that has established the groundwork for several major brand overhauls at a fraction of the time. This presentation will give you information about how we develop: Consumer Archetypes - and how their influence can establish robust design platforms; Crafting Brand Stories - and how this can help unearth deep emotional consumer connections; Creative Consumer Immersions - and how these point to many unmet consumer needs.

**2:45 - Design Thinking At Kimberly-Clark**
**George Nukuto, Senior Industrial Designer-Team Leader, Kimberly-Clark Corp**
Design is changing at Kimberly-Clark. They are delivering a commitment to excellence in design as a consumer product goods company. George Nukuto will share some of his perspective on design and the corporate life that is rapidly growing into a global design capability and culture that is changing. As designers, what role we will play in the future of business and corporation?

[illegible] Design Panel
**Debbie Millman, President, Design, Sterling Brands, Radio Host, Design Matters; Carol Nardi, Director of Strategy, Package Design and Brand Innovation, Kraft Foods**
The good news: We are now living in what Business Week is calling a "creative economy." The bad news: More than ever before, design will be called upon to deliver a return on investment and measured performance in the marketplace. How can you truly quantify your design talent and develop strategic and competitive intelligence? How can you quantify meaningful differentiation in a world already filled with design firms, creative strategists and brand gurus? Some of the best in class in-house design directors to uncover the following:

- How to develop a true design leadership position in a corporate environment
- How to create a meaningful difference in the marketplace via design
- How to run a design practice within a corporation with power as opposed to fear
- How to craft a design strategy to develop powerful design solutions with agencies
- How to create more persuasive, honest and effective design briefs
- How to sell design ideas in a corporation with more confidence and success

To Register: Call Barry Downes at 646.895.7418 Fax: 212.661.8908 Email: bdownes@iirusa.com

# PACKAGING THAT CONNECTS

**10:30 - NETWORKING BREAK**

**11:00 - [illegible] Between Consumers & Brands**
**Rob Walker, Author, 'Buying In: The Secret Dialogue Between What We Buy And Who We Are'**
Murketing is perhaps Mr. Walker's central theme. A word he coined to describe a cultural shift that he has documented for several years, it refers to the curious convergence of marketing and everyday life. As with his writing, at the podium Walker focuses on his documentation between commerce and culture, inviting the audience to explore more fully how they are interwoven. Using illustrative case studies, his program pushes listeners to think about modern consumer culture and the way we live now.

**11:45 - Utilizing the Value of Fashion and Lifestyle [illegible] for Financial Success**
**Steven Fischer, Adjunct Lecturer, Fashion, Lifestyle & Design, Northwestern University, Kellogg School of Management & Segal Design Institute**
Fashion sells lots of clothes and accessories, it also has tremendous influence on the purchase of products. Product-based firms that correctly utilize fashion are enjoying phenomenal return on those investments and marketplace success. This session will review the fashion system, how it is manifest in products and how managers can best utilize the strategic value of fashion. By its very definition, the fashion system creates waste which is long-term unsustainable. Methods to use the concept of lifestyle to create more sustainable fashion systems will be introduced.

**12:30 - LUNCH**

## INNOVATIONS

3:30 - NETWORKING BREAK

**4:00 - Connecting with Consumers Using Olfaction Packaging for a Multi-Sensory Branding Experience**
**Steve Landau, CTO/CMO, ScentSational Technologies, LLC**
The science of Multi Sensory Branding is quickly becoming a major focus for many of the worlds leading companies. While it is widely accepted the sense of smell is the most powerful in driving impulse sales, connecting consumers with brands and in driving preference it is still the most under-utilized of all the senses. This is mainly due to the fact that there was not a cost effective solution to aroma delivery. ScentSational Technologies has developed CompelAroma - Encapsulated Aroma Release packaging technology which effectively adds brand enhancing aromas to plastic packaging.

**4:45 - Get your Pack to Sparkle – even in a seemingly dull & regulated category**
**Maren Connary, Global Marketing Communications Manager, Bayer HealthCare - Diabetes Care**
Holding on tight to your creative vision can help you overcome some of the most painful obstacles - from internal politics to entrenched homogeny in your category. To truly push a new design concept into the marketplace requires a delicate dance of leveraging research results, lots of show and tell, and the gall to just say no. Maren will share some moves she picked up recently while leading a packaging rebranding effort for Bayer's global blood glucose meter business.

## TRACK THREE: SUSTAINABLE SOLUTIONS

**2:00 - A Truly Holistic Approach to Packaging a Truly Innovative Product**
**Karen Welman, Founder, 37°**
37° is a unique range of clothing for babies and small children that uses space age technology to keep little bodies at the optimum temperature of 37° Celsius (98.6° Fahrenheit). This exceptional product required exceptional packaging that reflected its values, its ethos and the spirit of invention that had made it possible AND that was accessible and reassuring to parents concerned for the welfare of their wee ones.

**2:45 - OPEN SESSION**
**For more information about speaking in this session, contact Deborah Hatcher, Division Sales Manager at dhatcher@iirusa.com.**

3:30 - NETWORKING BREAK

**4:00 - MAYA - Most Advanced Yet Acceptable Technologies for More Sustainable Packaging**
**Claire Koelsch Sand, Ph.D., Adjunct Professor Michigan State University/Consultant, Ameripak/PTIS**
MAYA technologies will enable packaging to make great strides versus small steps toward more sustainable packaging. These technologies and strides are needed to meet sustainability targets. There is hope for more sustainable packaging using new and transferrable technology. New and emerging technologies for more sustainable packaging are key. We will examine new methods needed to evaluate technologies.

**4:45 - Make your Packaging, Advertising and Promotions More Effective by Using Multi-Sensory Marketing**
**Jay Minkoff, President & CEO, First Flavor, Inc.**

The focus of the presentation will be how utilizing multiple senses in your package design and marketing is more effective. Sensory Marketing is the latest in available tools to capture consumer's attention. It will show how the increased engagement due to multiple sensory touch points can lead to better branding, higher sales, and its ability to foster a stronger relationship between the brand and consumers. We will explain the products, the science behind them and the spectacular results a brand can achieve.

6:30 COCKTAIL PARTY!
Webb Scarlett deVlam will be hosting a cocktail party at their brand new studio in Chicago. Eat, drink and network with your fellow Packaging that Connects attendees as you explore the new creative space.
Webb Scarlett deVlam
1032 West Fulton Street
Chicago, IL 60607
312.575.0700
*Transportation will be provided*

# Wednesday, September 24, 2008

## PACKAGING THAT CONNECTS

**8:45 - Chairman's Recap over Coffee - John Gleason**

**9:[illegible] - [illegible] Insights, Trends and Opportunities [illegible]**

**John Gleason, President, A Better View Strategic Consulting, LLC**

We live in interesting and challenging times. Research, innovation, design and packaging are no different. New realities include traditional consumer messaging has become ineffective at reaching target consumers, 70% of decisions are made in store/at shelf, budgets are being squeezed/slashed, and time compressed, and agencies try to be a full-service shop for all communication needs. Well the convergence of these realities and the pressures of competition, economics and economy have generated interesting behaviors from both sides of the creative relationship. John Gleason will lend his unique perspective into (and for) both sides of the creative relationship. He will offer insights regarding themes and trends that will continue challenge creative relationships as well as opportunities to thrive in these challenging time.

**9:45 - Featured Session: Colors that Connect - New Insights on Future Forecasts**

**Leatrice Eiseman, Executive Director Pantone Color Insitute; Director of Eiseman Center for Color Information and Training**

A constant challenge in color selection for packaging is the integration of forecasts. Finding the relevant trends are important but how and where do you look for those color directions? What are the clues and the buzzwords that will be impacting color selections for packaging? In this session you will learn about the prime indicators and resources that connect to color trends, gain a better understanding of the origins of current trends. Color palettes forecasted for 2009 and 2010 will also be shared.

## TRACK ONE: INSIGHT AND TRENDS

**2:00 - Connecting Emergent Technologies with Consumer's Needs**

**Peter Clarke, Founder & CEO, Product Ventures**

Discover the benefit of combining technology and consumer research to fuel your packaging pipeline. Product Ventures will share its proactive approach to identifying and satisfying unmet and unrealized packaging needs with emerging technologies.

**2:45 - Ensure Your Package Survives the Selling Room Floor**

**James Sorensen, Executive Vice President, TNS Sorensen**

Your package has 1.5 seconds to speak to the shopper – what should it say? An otherwise good package design can fail when it gets into the retail environment. Low lighting, crowding, mishandling, and competing brands can all lead to poor shelf impact, purchase interest, functionality or brand imagery. James Sorensen, a leader in the field of in-store package research, identifies the most important factors to consider ensuring a package survives the real world. Case studies that show how these issues can be researched before launching a new package are also presented.

**3:30 - In the Consumers' Worlds Using Their Words: How discussions in-context can inform package design**

**Heather D. Maxwell, PhD, Consumer Insights Associate, General Mills**

Consumers are bombarded by an overwhelming quantity of stimuli while grocery shopping. At General Mills, through our in-context qualitative research we are able to connect with consumers and discuss what packaging "pops" at shelf and why various design elements attract their attention. General Mills' in-context philosophy and a case study will be shared.

**4:15 - CONCLUSION OF CONFERENCE**

## TRACK TWO: DESIGN

**2:00 - The Marketing Secrets of FedEx Packaging – Inside, Outside & at Its Core**

**Erika Raeth, Marketing Specialist Advisor, FedEx Global Brand Management**

When we think of packaging as a marketing tool, we often automatically think about graphic design. But packaging that doesn't adequately protect the contents inside causes more marketing damage than weak graphics ever could. How do you optimize both? And at the same time balance philosophical concerns about the environment with pragmatic concerns about packaging performance?

**2:45 - Please check our website for updates on this session.**

**William Lunderman, Vice President, Global Strategic Brand Design, Colgate-Palmolive Company**

 To Register: Call Barry Downes at 646.895.7418 Fax: 212.661.8908 Email: bdownes@iirusa.com



## Wednesday, September 24, 2008

# PACKAGING THAT CONNECTS

**10:30 - NETWORKING BREAK**

Keynote Session: Designing Brand Identity

**Alina Wheeler, Author, "Designing Brand Identity"**

There are too many strategy books and not enough easy to understand road maps for the process. Designing Brand Identity: A Complete Guide to Creating, Building, and Maintaining Strong Brands broke that mold. Alina Wheeler's business is managing perception, her service is strategic imagination and her passion is brand identity. Alina will delve into the current state of design, illuminating a universal proven process for success and highlighting global best practices.

11:45 - Featured Session: Nau presents Sustainability in Packaging Trends [illegible]

**Eric Brody, Sustainability Manager, Nau, Inc.**

The world of packaging continues to grow in complexity. Now more than ever we must design and develop packaging that meets the requirements of eco-savvy consumers/clients, global legislation and environmental restraints. Learn the sustainability trends that impact the world of packaging as well as successful strategies to avoid pitfalls, reduce risks, and differentiate your products from competitors.

**12:30 - LUNCH**

## INNOVATIONS

**3:30 - Package Technology Scouting - How to find the next greatest package form before your competition**
**Ed Foley, Packaging Technologist, Kimberly-Clark**

Attending trade shows once a year is not enough anymore. If you want to get ahead of your competition, a new approach requires an investment to explore new materials, processes, and mindsets. It requires leaving the traditional package sources for new materials and techniques. It also requires broadening your scouting efforts to include global developments in other regions.

4:15 - CONCLUSION OF CONFERENCE

## TRACK THREE: SUSTAINABLE SOLUTIONS

**2:00 - Bring on the Green: The Power of Better AND Cheaper Packaging**
**Amy Brusselback, Design Director, Personal Beauty Care, Procter & Gamble**

By getting crystal clear on what consumers care about, we're able to drive out all non value add costs and design elements to create the right value equation for P&G, our retailers, our consumers and future generations. At P&G Beauty, sustainability is not owned by one function. Each function plays a crucial role; whether it's marketing green, reducing packaging, reformulating our products, or streamlining our manufacturing processes, we're all dedicated to the same mission. Our mission is to LIVE BEAUTIFULLY... We will inspire the beautiful transformation of our consumers and the world around us via driving sustainable innovation that improves life for this generation and for generations to come. This session will address a multi-disciplinary approach to creating a design vision to put action into good intentions.

**2:45 - Consumer Research & Sustainability at the Local Level**
**Matthew Kennedy, Founding Partner, The Sustain Brand**

Sustain Brand, Locally Owned, Locally Grown, Nationally Known. When consumers purchase goods that are grown and/or manufactured locally, they promote sustainability on all levels-global, local & personal. Our research shows consumers want to be able to compare national and local products on shelf. In addition, the majority of consumers would like to buy locally produced products, but have difficulty finding them. And finally, most consumers are willing to pay a premium for local products.

**3:30 - Sustainable Practices Abroad: The Japanese Society of Packaging Science and Technology**
**Masanobu Ishikawa, Professor, Kobe University in Japan**

Compare and contrast sustainability trends and designs in Japan to the U.S. More information to Come. Check our website for updates!

4:15 - CONCLUSION OF CONFERENCE

# PARTNERS, SPONSORS & SUPPORTING ORGANIZATIONS:

## EXHIBITORS AND SPONSORS

iMotions is the global leader within Emotion Technology®. iMotions has developed Emotion Tool® that has revolutionized the speed and efficiency of Advertising and Packaging Pre-testing - it will illustrate why your design works or even better why it does not work. Emotion Tool® 2.0 is currently being marketed to the Advertising & Marketing Research industry worldwide.

Product Ventures helps companies develop solutions to grow their business by creating product and packaging innovation that improves people's lives. By effectively leveraging market insights and manufacturing technologies, Product Ventures has earned lasting relationships with the world's leading corporations and their most iconic brands. As multidisciplinary experts in strategy, insights, design and development, Product Ventures establishes the optimal path to innovation by revealing consumers' needs, creating innovative solutions and overcoming production challenges. Whether you need a new to the world invention or revitalization of your brand, Product Ventures has the creative talent and technical know-how to deliver competitive advantages. Visit us at www.productventures.com

Vessel is a boutique, multi-disciplinary design studio that helps global brands communicate to their consumers in the dimension of space. We create high-impact ideas that challenge the marketplace status-quo; delivering design solutions that excite our clients, their organizations, and most importantly ~ the consumers.

Webb Scarlett DeVlam (WSdV) is a different kind of brand design Consultancy, unuiquely combining predictive consumer insight with 3D innovation, branding and retail impact. Founded in 1992, our multifaceted team has offices in Chicago, London and Sydney. We create innovative solutions to brand opportunities, solutions that are both motivating for consumers and commercially practical. Consumers get emotional and rational benefits; brand owners get long-term brand growth secured by defendable intellectual property, powerful brand values and improved consumer relationships. Our technical ability and resources mean implementation is easy and fast. WSdV's work spans a wide array of categories from beauty care to personal care to automotive. Visit us at www.wsdv.com.

## MEDIA PARTNERS

### PREMIER PARTNER

Quirk's Marketing Research Review is the only monthly magazine and online resource devoted entirely to professionals responsible for conducting, coordinating and purchasing marketing research products and services. Designed to promote the understanding, use and value of marketing research, its free resources include original articles on research techniques, case histories, news, survey findings, global listings for conferences and jobs, discussion forums and the most complete and up-to-date directories of market research product and service companies. More than 65,000 professionals access Quirk's resources every month. To get your own FREE access visit www.quirks.com.

BrandChannel is an award-winning magazine dedicated to providing the world's leading online exchange about branding. Its free resources include original articles, industry expert white papers, global listings for conferences and jobs to enhance brand awareness. Learn about important issues, which affect brands now and in the future, by visiting www.brandchannel.com.

The Glass Packaging Institute (GPI) is the trade association representing the North American glass container industry. Through GPI, glass container manufacturers speak with one voice to advocate industry standards, promote sound environmental policies and educate packaging professionals. www.gpi.org

MarketResearch.com is the world's largest and continuously updated collection of market research. We offer more than 110,000 market research reports from over 550 leading global publishers. Whether you're looking for new product trends or competitive analysis, MarketResearch.com has the best research offerings and the expertise to make sure you get the right report every time. To search our collection, visit www.MarketResearch.com, or call 1.800.298.5699.

It's the point of purchase online network, a powerful online resource guide providing a comprehensive database of products and services in the Packaging, Display, Retail and Printing industries...all in one location! As you know, these 4 industries are imperative in creating impact at the Point of Purchase which is why we designed the site as a "one-stop-shop". POPON accommodates everyone from brand managers to production personnel and allows suppliers to cross market their products and services across 4 industries in an extremely cost effective environment. Visit www.popon.net to learn more.

PromotionLINK RSL Communications helps sales organizations with lead generation and sales support. We're best known for BrandBASE, the only online database focused exclusively on the consumer packaged goods industry, containing brand management contacts with unprecedented depth. We also publish PromotionLINK, an advertiser-supported newsletter that announces upcoming tie-in promotion and sponsorship opportunities and execute traditional BTB direct mail campaigns. www.promotionlink.com

Reveries is an online magazine centered on the insights, ideas and energies that drive the future of marketing. Written by, for and about the best and brightest marketing people in the world, Reveries is as intelligent, inquisitive and innovative as you are. Please join us today at www.reveries.com.

THE HUB looks like a magazine and reads like a magazine. But it is much more than just another magazine. It is a place where the best, brightest and boldest in marketing — clients and agencies alike — can exchange their best thinking. And it is dedicated to exploring insights, ideas and innovation as the ultimate drivers of success in marketing. Launched in July 2004, and published bi-monthly, THE HUB is brought to you by the editors of Reveries.com and Cool News of the Day. Please visit us at www.hubmagazine.com.

Shelf Impact! Shelf Impact! is the new, digital-only publication for professionals in packaging development, marketing, package design and brand management. This innovative monthly resource offers critical insights into how leading-edge brands can leverage packaging's full potential. From the publishers of Packaging World, Shelf Impact! features top caliber reporting by well-known brand packaging journalist Jim George. Presented in a quick-hit format designed for your computer screen, Shelf Impact! requires NO downloading, scrolling or special software. It's the ideal resource for busy professionals who need to keep informed. Preview Shelf Impact! and subscribe at www.shelfimpact.com. (Shelf Impact! is published in cooperation with Package Design Magazine.)

TNS Sorensen is one of the cornerstones of the world leading TNS Retail and Shopper Insights practice. TNS Sorensen is an in-store market research and consulting firm that helps Fortune 500 companies understand how people shop and buy products. The firm, with 55 employees, has offices in Oregon, Pennsylvania, and Minnesota. TNS Sorensen conducts point of purchase consumer research for product development, packaging, and retail strategies. www.tns-sorensen.com. From its global network, which spans 70 countries, TNS provides local expertise and knowledge, together with internationally consistent information and analysis to multinational organizations. www.tns-sorensen.com Network, Speak, Sponsor, Exhibit

For more information on sponsorship and exhibit opportunities, contact Deborah Hatcher, Division Sales Manager. dhatcher@iirusa.com OR 646.895.7475

**HYATT REGENCY**
151 East Wacker Drive,
Chicago, Illinois, USA 60601
Tel: 312.565.1234
Fax: 312.239.4414
http://www.chicagoregency.hyatt.com

**Hotel & Travel:**
All hotel bookings should be made through The Global Executive's Internet booking site. Please visit www.globalexec.com/iir to make your reservation. If you do not have Web access, or need additional assistance, please call The Global Executive office at **800.516.4265** or **203.431.8950** or email them at **conf@globalexec.com.**

## REGISTRATION DETAILS

CALL
(646) 895-7418

EMAIL:
bdownes@iirusa.com

**Summit Pricing**

| | Register by | Register by | Register by | Standard & |
|---|---|---|---|---|
| **Conference Only** | $1,795 | $1,995 | $2,195 | $2,395 |
| **Symposium Only** | $1,195 | $1,195 | $1,195 | $1,195 |
| **Conference + 1 workshop** | $2,245 | $2,445 | $2,645 | $2,845 |
| **Conference + 2 workshops** | $2,595 | $2,795 | $2,995 | $3,195 |
| **Conference plus symposium** | $2,690 | $2,890 | $3,090 | $3,290 |

**Payments:**
Payments may be made by check, Visa, MasterCard, Discover, Diners Club, or American express. Please make all checks payable to the "Institute for International Research, Inc." and write the name of the delegate(s) on the faceoff the check, as well as our reference code: M2029. If payment has not been received prior to registration the morning of the conference, a credit card hold will be required.

**Conference Dress Code**
Casual and comfortable attire is suggested. We recommend bringing a sweater, as the conference room may be cold.

Any disabled individual, desiring an auxiliary aid for this conference should notify IIR at least 2 weeks prior to the conference.

**Cancellations:**
Should you be unable to attend for any reason, please inform IIR IN WRITING no later than 10 business days before the conference, and a credit voucher for the full amount of the conference will be issued. If you prefer, a full refund less a $395 non-refundable deposit will be issued. No refunds or credits will be given for cancellations received later than 10 business days before the conference.

Substitutions of enrolled delegates may be made at any time. Please indicate upon registration whether you are eligible for a discount. No two discounts can be combined. If, for any reason, IIR decides to cancel this conference, IIR does not accept responsibility for covering airfare, hotel, or other costs incurred by the registrants. Program content is subject to change without notice.

SEPTEMBER 22-24, 2008 ◌ HYATT REGENCY ◌ CHICAGO, IL

PROOF PRESENTS...

PACKAGING
THAT
CONNECTS
DESIGN ○ INSIGHT ○ TRENDS

...in a world of choice, get it right!

Institute for International Research
708 Third Avenue, 4th Floor
New York, NY 10017-4103

PRSRT STD
U.S. Postage
PAID
Plattsburg, NY 12901
Permit NO. 44

PLEASE DO NOT REMOVE MAILING LABEL