## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BNP Media II, LLC, a Michigan Limited Liability Company | FILED STAMP: JULY 24, 2008 |
| v. | 08CV4218 |
| Institute for International Research, Inc., a New York Corporation | JUDGE KENDALL |
| | MAG. JUDGE ASHMAN J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BNP Media II, LLC, a Michigan Limited Liability Company

| | | | |
|---|---|---|---|
| NAME (Type or print) <br> Allan J. Sternstein | | | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Allan J. Sternstein | | | |
| FIRM <br> Dykema Gossett PLLC | | | |
| STREET ADDRESS <br> 10 South Wacker Drive, Suite 2300 | | | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (312) 627-2143 | | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ✓ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | | | |