**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BNP Media II, LLC,<br>a Michigan Limited Liability Company<br>v.<br>Institute for International Research, Inc.,<br>a New York Corporation | Case Number:<br>FILED STAMP: JULY 24, 2008<br>08CV4218<br>JUDGE KENDALL<br>MAG. JUDGE ASHMAN<br>J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BNP Media II, LLC, a Michigan Limited Liability Company

| | |
|---|---|
| NAME (Type or print)<br>Katharine N. Dunn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Katharine N. Dunn | |
| FIRM<br>Dykema Gossett PLLC | |
| STREET ADDRESS<br>10 South Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP<br>Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(312) 627-2119 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |