IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BNP Media II, LLC,<br>a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Institute for International Research, Inc.,<br>a New York Corporation,<br><br>Defendant. | Civil Action No. _____<br>    FILED STAMP: JULY 24, 2008<br>    08CV4218<br>Judge: JUDGE KENDALL<br>    MAG. JUDGE ASHMAN<br>    J. N.<br>Magistrate Judge: _____<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CLAIM INVOLVING A UNITED STATES TRADEMARK

Plaintiff, BNP Media II, LLC ("BNP"), pursuant to Rule 3.4 of the Local Rules of United States District Court for the Northern District of Illinois, Eastern Division, provides the following information to this Court:

The above-captioned matter includes one Claim for Trademark Infringement of United States Trademark Registered No. 2,415,479, entitled "PACKAGING THAT SELLS," issued on December 26, 2000.

Dated:  July 24, 2008          Respectfully submitted,

                BNP Media II, LLC,

                By:    /s/ Allan J. Sternstein_____
                        Allan J. Sternstein

        Allan J. Sternstein
        Katharine N. Dunn
        **DYKEMA GOSSETT PLLC**
        Ten South Wacker Drive
        Suite 2300
        Chicago, Illinois 60606 7453
        Telephone: 312 876 1700
        Facsimile: 312 627 2302

*Of Counsel*
Barbara L. Mandell
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Suite 300
Bloomfield Hills, Michigan 48304
Telephone: 248-203-0570
Facsimile: 248-203-0763

CHICAGO\2477585.1
ID\KND

2