IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BNP Media II, LLC,<br>a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Institute for International Research, Inc.,<br>a New York Corporation,<br><br>Defendant. | Civil Action No. _____<br>   FILED STAMP: JULY 24, 2008<br>   08CV4218<br>   JUDGE KENDALL<br>Judge: ~~MAG. JUDGE ASHMAN~~<br>   J. N.<br><br>Magistrate Judge: _____<br><br>**JURY TRIAL DEMANDED** |

## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Plaintiff, BNP Media II, LLC ("BNP"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules for the United States District Court for the Northern District of Illinois, Eastern Division, provides the following information to this Court (in accordance with Rule 7.1, a duplicate copy of this notification is filed concurrently):

Plaintiff, BNP Media II, LLC ("BNP"), is a limited liability company organized and existing under the laws of Michigan. There is no publicly held corporation that owns 10% or more of the shares of BNP Media II, LLC ("BNP").

Dated: July 24, 2008        Respectfully submitted,

                                  BNP Media II, LLC,

                                  By:   /s/ Allan J. Sternstein_____
                                            Allan J. Sternstein

        Allan J. Sternstein
        Katharine N. Dunn
        **DYKEMA GOSSETT PLLC**
        Ten South Wacker Drive
        Suite 2300
        Chicago, Illinois  60606 7453
        Telephone:  312 876 1700
        Facsimile:  312 627 2302

*Of Counsel*
Barbara L. Mandell
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Suite 300
Bloomfield Hills, Michigan 48304
Telephone:  248-203-0570
Facsimile:   248-203-0763

CHICAGO\2477460.1
ID\KND