## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BNP Media II, LLC, a Michigan Limited Liability Company, | |
| Plaintiff, | Civil Action No.  08 cv 4218 |
| vs. | |
| Institute for International Research, Inc., a New York Corporation, | Judge:  Kendall |
| Defendant. | Magistrate Judge:  Ashman |

### REQUEST FOR REFUND

I Katharine N. Dunn request a refund for a duplicate charge in the amount of $350.00 for filing a Complaint that was never processed.

1.  Katharine N. Dunn was charged in excess of $700.00 on July 24, 2008 regarding the above captioned matter.

2.  Receipt No. 2964127 in the amount of $350.00 should be refunded as the complaint was never received by your Court.

3.  A complaint was received by the Court for Receipt No. 2964307 in the amount of $350.00 and assigned to Case No. 08 cv 4218.

4. As a result Ms. Dunn was charged an extra fee in the amount of $350.00 on her credit card for the Complaint that was never received.

WHEREFORE, Ms. Dunn request that this Court refund the monies in the amount of $350.00 to her credit card.

Dated:  August 4, 2008                    Respectfully submitted,

BNP Media II, LLC,

By:   /s/ Katharine N. Dunn_____
         Katharine N. Dunn

Katharine N. Dunn
**DYKEMA GOSSETT PLLC**
Ten South Wacker Drive
Suite 2300
Chicago, Illinois  60606 7453
Telephone:  312 876 1700
Facsimile:  312 627 2302