# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BNP Media II, LLC,<br>a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Institute for International Research, Inc.,<br>a New York Corporation,<br><br>Defendant. | Civil Action No.  08 C 4218<br><br><br>Honorable Virginia M. Kendall<br><br><br>Magistrate Judge Ashman<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, BNP Media II, LLC ("BNP"), by and through its attorneys, DYKEMA GOSSETT PLLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), voluntarily dismisses the above-captioned action with prejudice as to the Defendant, Institute for International Research, Inc.

Dated:  August 19, 2008        Respectfully submitted,

                                          BNP Media II, LLC,

                                          By:    /s/ Allan J. Sternstein_____
                                                   Allan J. Sternstein

        Allan J. Sternstein
        Katharine N. Dunn
        **DYKEMA GOSSETT PLLC**
        Ten South Wacker Drive
        Suite 2300
        Chicago, Illinois  60606 7453
        Telephone:  312 876 1700
        Facsimile:  312 627 2302

*Of Counsel*
Barbara L. Mandell
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Suite 300
Bloomfield Hills, Michigan 48304
Telephone:  248-203-0570
Facsimile:   248-203-0763

CHICAGO\2498858.1
ID\KND